660

SECOND DEPARTMENT, JUNE, 1969.

(June 18, 1969)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK PALMIERI, Relator, v. WARDEN, QUEENS COUNTY HOUSE OF DETENTION FOR MEN, Respondent.— Application for a writ of habeas corpus denied. Christ, Acting P. J., Benjamin, Munder, Martuscello and Kleinfeld, JJ., concur.